<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7108**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERNEST J. HODGES,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-99-58-BO, CA-02-47-5-BO)

───────────

Submitted: October 10, 2002       Decided: October 17, 2002

───────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Ernest J. Hodges, Appellant Pro Se.  Kenneth Fitzgerald Whitted, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ernest J. Hodges seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Hodges has not made a substantial showing of the denial of a constitutional right. See United States v. Hodges, Nos. CR-99-58-BO; CA-02-47-5-BO (E.D.N.C. June 13, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED